1
2
3
4
5

AVRAMSKI LAW, PC
Boris Avramski, Esq.
Nevada Bar No. 11350
602 South 10th Street
Las Vegas, NV 89101
Phone: (702) 522-1808
Fax: (702) 685-3625
bkhelpvegas@yahoo.com
Attorney for Plaintiff

6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8
9
10
11
12
13
14
15

LUX STERLING HOLDINGS, LLC, a        )
Nevada Limited Liability Company,    )
                                     )       Case No.: 2:16-cv-01240-RFB-VCF
                 Plaintiff,          )
                                     )
     vs.                             )       **UNOPPOSED MOTION TO EXTEND**
                                     )       **PLAINTIFF'S TIME TO RESPOND**
PHILIP WHELAN, ANTHONY               )       **TO MOTION TO DISMISS**
MANERBINO, DAWNA MANERBINO,          )
AARON GODBOUT, and CNW, LLC, a       )
Colorado Limited Liability Company,  )
                                     )
                 Defendants.         )
_____)

16
17
18
19
20

        COMES NOW plaintiff Lux Sterling Holdings, LLC ("Sterling"), by and through its

attorney of record, Boris Avramski, Esq., and hereby files this unopposed motion pursuant to

Rule 6(b)(A)(1) to extend by two weeks Sterling's time to respond to the Motion to Dismiss or

Transfer Action [Doc# 12] filed by defendants Philip Whelan, Anthony Manerbino, Dawna

Manerbino, and CNW, LLC (the "Moving Defendants").

21

        In support of this motion, Sterling states as follows:

22
23
24

        1.      The Motion to Dismiss or Transfer Action was filed on July 5, 2016 and

Sterling's response is currently due on July 22, 2016.  This unopposed motion seeks to extend

that due date by two weeks, until August 5, 2016.

25
26
27
28

        2.      The extension is necessary in light of the following factors:  (i) the number and

complexity of the issues raised in the Motion to Dismiss or Transfer Action; (ii) the heavy

litigation schedule of Sterling's trial counsel; and (iii) a medical emergency in the family of

Sterling's manager, Phil Neuman, which prevented Sterling's counsel from consulting with Mr.

1  Neuman about the motion until today, July 19, 2016, only three days before the current due date
2  of July 22, 2016.

3          3.        On July 19, 2016, counsel for the Plaintiff contacted counsel for the Defendants
4  wherein they agree to extend the time to file an opposition to the Motion to Dismiss or Transfer
5  Action by two weeks.

**CONCLUSION**

6          75.     The due date for Sterling to respond to the Motion to Dismiss or Transfer [Doc#
7  12] should be extended by two weeks, from July 22, 2016 until August 5, 2016.  A proposed
8  Order is annexed as Exhibit A.

9

10          Dated this 21st day of July, 2016.

AVRAMSKI LAW, PC

11

12  /s/ Boris Avramski

Boris Avramski, Esq.
13  Nevada Bar No. 11350
AVRAMSKI LAW, PC
14  4640 W. Charleston Blvd.
Las Vegas, NV 89102
15  Phone: (702) 685-3618
Fax: (702) 664-0555
16  bkhelpvegas@yahoo.com
Attorney for Plaintiff

17

18  Of Counsel:
Edward Griffith, Esq.
19  THE GRIFFITH FIRM
45 Broadway, Suite 2200
20  New York, New York  10006
(212) 363-3784
21  (212) 363-3790 (fax)

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Boris Avramski, Esq., hereby certify that on July 21, 2016, I served the foregoing **UNOPPOSED MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO MOTION TO DISMISS** by the following means to the persons listed below:

    <u>  X  </u>  ECF System to:

Richard T Cunningham
Richard Cunningham Law
Email: rick@rcunninghamlaw.com
Attorney for Defendants

**I declare under penalty of perjury that the foregoing is true and correct.**

Dates this 21st day of July, 2016.

<u>/s/Boris Avramski</u>
Boris Avramski, Esq.

AVRAMSKI LAW, PC
Boris Avramski, Esq.
Nevada Bar No. 11350
602 South 10th Street
Las Vegas, NV 89101
Phone: (702) 522-1808
Fax: (702) 685-3625
bkhelpvegas@yahoo.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LUX STERLING HOLDINGS, LLC, a
Nevada Limited Liability Company,      )
                                       )
                 Plaintiff,            )      Case No.: 2:16-cv-01240-RFB-VCF
                                       )
      vs.                              )      **ORDER EXTENDING PLAINTIFF'S**
                                       )      **TIME TO RESPOND TO MOTION**
PHILIP WHELAN, ANTHONY                 )      **TO DISMISS UNTIL AUGUST 5, 2016**
MANERBINO, DAWNA MANERBINO,            )
AARON GODBOUT, and CNW, LLC, a         )
Colorado Limited Liability Company,    )
                                       )
                 Defendants.           )
_____)

Upon the unopposed motion of plaintiff Lux Sterling Holdings, LLC ("Sterling") to

extend by two weeks the due date for its response to the Motion to Dismiss or Transfer Action

[Doc# 12] filed by defendants Philip Whelan, Anthony Manerbino, Dawna Manerbino, and

CNW, LLC (the "Moving Defendants"); and in light of the Moving Defendants' consent to the

motion; and for good shown, it is

HEREBY ORDERED that the due date for Sterling's response to the Motion to Dismiss

or Transfer Action [Doc# 12] is hereby extended by two weeks from July 22, 2016, to August 5,

2016.

Dated this  27th  day of July, 2016

_____
Hon. Richard F. Boulware, II,
District Court Judge